**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1143**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

BARBARA HUGHES,

              Claimant – Appellant,

       and

DAVID KELLY, JR., a/k/a Panama,

              Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:07-cr-00014-RAJ-TEM-1)

_____

Submitted: August 20, 2009          Decided: August 24, 2009

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Barbara Hughes, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Hughes appeals the district court's order denying her motion for reconsideration of its forfeiture order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hughes, No. 2:07-cr-00014-RAJ-TEM-1 (E.D. Va. Jan. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED